**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Ramirez, | No. CV-25-03477-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Logan Deer Valley Housing Partners LLC, et al., | |
| Defendants. | |

Plaintiff Samuel Ramirez seeks leave to file a third amended complaint that would remove the federal claim serving as the basis for federal jurisdiction. (Doc. 38.) Although Ramirez has previously amended his complaint, "[l]eave to amend shall be freely given when justice so requires, and this policy is to be applied with extreme liberality." *Bacon v. Woodward*, 104 F.4th 744, 753 (9th Cir. 2024) (simplified). Ramirez is entitled to amend his complaint and defendants state that if leave to amend is granted, they "do not oppose" Ramirez's request to remand this case to state court. (Doc. 42 at 3.) Once Ramirez files his third amended complaint, the court will order remand.

/
/
/
/
/
/

Accordingly,

**IT IS ORDERED** the Motion to Dismiss (Doc. 35) and Amended Motion to Strike (Doc. 44) are **DENIED**.

**IT IS FURTHER ORDERED** the Motion to Amend (Doc. 38) is **GRANTED**. No later than **December 24, 2025**, plaintiff Samuel Ramirez shall file the third amended complaint previously attached as Exhibit 1 to his motion to amend.

Dated this 22nd day of December, 2025.

*[Signature]*

Honorable Krissa M. Lanham
United States District Judge