**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Ramirez,<br><br>        Plaintiff,<br><br>v.<br><br>Logan Deer Valley Housing Partners LLC, et al.,<br><br>        Defendants. | No. CV-25-03477-PHX-KML<br><br>**ORDER** |

Plaintiff Samuel Ramirez filed his third amended complaint. (Doc. 48.) As explained in the court's previous order, allowing Ramirez to file his third amended complaint means remand to state court is appropriate. (Doc. 47.)

**IT IS ORDERED** the Motion to Remand (Doc. 39) is **GRANTED**. This case is remanded to the Maricopa County Superior Court. The Clerk of Court shall close this case.

Dated this 29th day of December, 2025.

Honorable Krissa M. Lanham
United States District Judge